131965

AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Edward Whitehead

CASE NUMBER : 1:03cr136

08-001-M-01

**FILED**

JAN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _Edward Whitehead_ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition
_x_Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

RECEIVED US MARSHALS 2007 DEC 19 A 9:46

Kathy Roberts
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*(signature)* Kathy Roberts
Signature of Issuing Officer

December 18, 2007
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $_____ by_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| | DUSM | *(signature)* |
| Date of Arrest 01/04/08 | G.P. BAXTER | |

Prob 52
(Mod. for E VA 09/97)

## UNITED STATES DISTRICT COURT
### for
### EASTERN DISTRICT OF VIRGINIA


FILED
DEC 17 2007
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Edward Whitehead                    Docket No. 1:03CR00136-001

### Petition on Supervised Release

08-001-M-01

COMES NOW Richard Cipolla, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edward Whitehead, who was placed on supervision by the Honorable T.S. Ellis, III sitting in the Court at Alexandria, Virginia, on the 15th day of August, 2003, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant must participate in, and successfully complete a program, of substance abuse testing and rehabilitation, as directed by the Probation Officer

2. The defendant shall pay a special assessment fee in the amount of $100 as directed by the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: NONE**

### ORDER OF COURT

Considered and ordered this 17 day of Dec, 2007 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2007

_____
Senior U.S. Probation Officer

Place Manassas, Virginia

Petition on Supervised Release
Page 2
RE: WHITEHEAD, Edward

OFFENSE: Possession of a Firearm by Convicted Felon, in violation of 18, USC, §922(g)(1).

SENTENCE: 40 months imprisonment, with credit for time served in connection with the instant offense, pursuant to 18, USC, §3585(b), as computed by the Bureau of Prisons, followed by 3 years of supervised release.

ADJUSTMENT TO SUPERVISION: On July 10, 2007, Mr. Whitehead was released from the custody of the Bureau of Prisons and reported to the U.S. Probation Office in the District of Columbia, where he was placed on supervised release.

On November 9, 2007, Mr. Whitehead was again before Your Honor on a petition for Revocation of Supervised Release for testing positive for cocaine on November 15, 2007. At that time, his term of supervised release was continued, but modified to include additional special conditions of 4 months in a community confinement center other than Hope Village, with voluntary surrender permitted, as directed by the Bureau of Prisons and the Probation Officer; and successfully complete an appropriate mental health treatment program, as directed by the Probation Officer, with all other terms and conditions of the original term of supervised release to remain in full force and effect.

VIOLATIONS: The following violation is submitted for the Court's consideration.

MANDATORY CONDITION:    COMMISSION OF A CRIME - SIMPLE ASSAULT.

On December 8, 2007, Mr. Whitehead was arrested and charged with Simple Assault in the District of Columbia. This matter is scheduled to be heard before the Superior Court for the District of Columbia on January 16, 2008. He has been released from custody on a personal recognizance bond and at this time details of the offense are not available.

RC/mna

Petition on Supervised Release
Page 3
RE: WHITEHEAD, Edward

08-001-M-01

Name: Edward Whitehead
Case Number: 1:03CR00136-001

## CONFIDENTIAL
Offender's Personal Information

DOB:                              FBI NO.:
SSN:                              REG. NO.:
SEX:                              RACE:
ADDRESS:

PHONE: